## Hyman Silverman, Appellee, v. Harry Korshak and Isaac Lashkovitz, Appellants.

### Gen. No. 24,234.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. HARRY M. FISHER, Judge, presiding. Heard in this court at the March term, 1918. Affirmed. Opinion filed July 1, 1918.

## Statement of the Case.

Action by Hyman Silverman, plaintiff, against Harry Korshak and Isaac Lashkovitz, defendants, on a judgment note executed by defendant Lashkovitz, payable to defendant Korshak, and by him indorsed and delivered to plaintiff. From a judgment in favor of plaintiff for $639.21, defendants appeal.

HYMAN SOBOROFF, for appellants.

SAMUEL W. NEWMAN, for appellee.

MR. PRESIDING JUSTICE DEVER delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

APPEAL AND ERROR, § 801*—*what must be preserved in bill of exceptions.* A ruling of the trial court striking an affidavit of merits from the files cannot be reviewed in a court of appeals unless the pleading and ruling thereon are preserved in a bill of exceptions.